Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO LLP
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: 213-358-7648
Facsimile:  213-358-7650

*Attorneys for Defendant*
*Harbor Freight Tools USA, Inc.*

## UNTITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDY BENSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC., a Foreign Corporation; DOE EMPLOYEEES I through X; DOE DESIGNERS I through X, inclusive; DOE MANUFACTURERS I through X, inclusive; DOE DISTRIBUTORS I through X, inclusive; DOE SELLERS I through X, inclusive; DOES I through X, inclusive; and ROE LEGAL ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.   2:21-cv-01091-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT HARBOR FREIGHT TOOLS USA, INC LEAVE TO FILE AMENDED ANSWER TO COMPLAINT** |

IT IS HEREBY STIPULATED, by and between plaintiff and defendant pursuant to Fed. R. Civ. P., 15(a)(2), and LR 7-1 that defendant Harbor Freight Tools USA, Inc. ("HFT") is granted leave to file its First Amended Answer to plaintiff's Complaint.  Defendant will file its First Amended Answer within five (5) days of the Court's Order granting this stipulation and the First Amended Answer will supersede HFT's original answer and become the operative answer to plaintiff's complaint.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: September 29, 2021 | Dated: September 29, 2021 |
| CLEAR COUNSEL LAW GROUP | CLYDE & CO LLP |
| */s/ Dustin E. Birch* <br> Jared R. Richards, Esq. <br> Dustin E. Birch, Esq. <br> 1671 W. Horizon Ridge Pkwy, Suite 200 <br> Henderson, Nevada 89128 <br><br> *Attorneys for Plaintiff* <br> *Randy Benson* | */s/ Dylan P. Todd* <br> Dylan P. Todd, Esq. <br> 3960 Howard Hughes Parkway, Suite 500 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Defendant* <br> *Harbor Freight Tools USA, Inc.* |

**IT IS SO ORDERED.**

Dated: September 29, 2021

By: _____
Cam Ferenbach
United States Magistrate Judge

2