Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:  725-248-2907

Daniel Mann, Esq.
Nevada Bar No. 15594
James Debartolo, Esq. (Admitted *Pro Hac Vice*)
**GORDON REES SCULLY MANSUKHANI, LLP**
One Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 453-0757
Direct Line: (212) 269-5500
Facsimile: (212)269-5505
E-Mail: dmann@grsm.com
jdebartolo@grsm.com

*Attorneys for Defendant*
*Harbor Freight Tools USA, Inc.*

**UNITIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDY BENSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC., a Foreign Corporation; et al.,<br><br>Defendants. | Case No.   2:21-cv-01091-JAD-VCF<br><br>**ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING OUTCOME OF MEDIATION**<br><br>ECF Nos. 31, 32, 39 |

Plaintiff Randy Benson ("Plaintiff") and Defendant Harbor Freight Tools USA, Inc. ("HFT") by and through their respective counsel, submit the following Joint Motion to Stay Litigation Pending Outcome of Mediation.  All parties jointly file the instant motion, and no oppose to the same will be issued.

The parties believe that settlement is possible and are currently engaged in settlement negotiations and they have agreed to a private mediation that is scheduled to take place on

June 5, 2023 before Hon. Jennifer Togliatti (ret.). It is the parties' hope that this case can be resolved at this time.

Wherefore, the parties respectfully request that the Court stay this action, including all discovery deadlines, all pending motions, all current pre-trial deadlines, including those for pretrial disclosures, motions in limine, calendar call and other deadlines be vacated, pending completion of a private mediation scheduled for on June 5, 2023, before Hon. Jennifer Togliatti (ret.). Per the Court's approval, the parties will file a joint status report fourteen (14) days following mediation to advise whether the case has settled or whether new deadlines should be issued.

Dated: March 21, 2023

| CLEAR COUSNEL LAW GROUP | CLYDE & CO LLP |
|---|---|
| /s/ Scott Flinders | /s/ Dylan Todd |
| Jared Richards, Esq. | Dylan P. Todd, Esq. |
| Scott Flinders, Esq. | 7251 W. Lake Mead Blvd., Suite 430 |
| 1671 W. Horizon Ridge Pkwy, #200 | Las Vegas NV 89128 |
| Henderson 89012 | |
| | Daniel Mann, Esq. |
| *Attorneys for Plaintiff* | Nevada Bar No. 15594 |
| *Randy Benson* | James Debartolo, Esq. (Admitted *Pro Hac Vice*) |
| | **GORDON REES SCULLY MANSUKHANI, LLP** |
| | One Battery Park Plaza, 28th Floor |
| | New York, NY 10004 |
| | |
| | *Attorneys for Defendant* |
| | *Harbor Freight Tools USA, Inc.* |

## ORDER

With good cause appearing, the motion to stay litigation pending outcome of the June 5, 2023, mediation **[39] is GRANTED. This action is stayed,** and either party may move to lift the stay after the mediation is concluded.

In light of this stay, and to conserve judicial and party resources, IT IS FURTHER ORDERED that the pending motions to amend the complaint and to limit or strike defendant's rebuttal expert witnesses **[ECF Nos. 31, 32] are DENIED without prejudice to the ability to refile them within 20 days after the mediation**, should this matter not be resolved thereby.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2023