Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:  725-248-2907

Daniel Mann, Esq. (NV Bar No. 15594)
James Debartolo, Esq. (Admitted *Pro Hac Vice*)
**GORDON REES SCULLY MANSUKHANI, LLP**
One Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 453-0757
Direct Line: (212) 269-5500
Facsimile: (212)269-5505
E-Mail: dmann@grsm.com
jdebartolo@grsm.com

*Attorneys for Defendant*
*Harbor Freight Tools USA, Inc.*

**UNITIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDY BENSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC., a Foreign Corporation; et al.,<br><br>Defendants. | Case No.   2:21-cv-01091-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STAY OF CASE UNTIL JUNE 26, 2023 TO CONTINUE SETTLEMENT DISCUSSIONS**<br><br>**(First Request)**     ECF No. 41 |

 IT IS HEREBY STIPULATED AND AGREED by Plaintiff Randy Benson ("Plaintiff") and Defendant Harbor Freight Tools USA, Inc. ("HFT") by and through their respective counsel, to continue the stay of litigation until June 26, 2023 pending the outcome of the continued settlement discussions:

 On March 23, 2023 the Court granted the parties Joint Motion to Stay Litigation Pending Outcome of Mediation [ECF 40] until the conclusion of the June 5, 2023 private mediation before Hon. Jennifer Togliatti (ret.).

1  Although the parties did not reach a full settlement during the in-person June 5, 2023 mediation date, the parties have held the mediation open until June 26, 2023. The parties believe that settlement is possible and are continuing settlement negotiations with Judge Togliatti.

Wherefore, the parties respectfully request that the Court continue the stay this action until June 26, 2023, including all discovery deadlines, all pending motions, and other deadlines, pending completion of settlement discussions. Per the Court's approval, the parties will file a joint status report fourteen (14) days following the stay to advise whether the case has settled or whether new deadlines should be issued.

Good cause exists to grant this extension. The parties have been engaged in settlement discussions and are confident of a potential resolution through continued talks. The parties would like to conserve all possible litigation and discovery costs in order to focus on reaching a resolution. Accordingly, the parties request the litigation stay be continued to complete settlement discussions. The parties agree to file a joint status report by no later than July 10, 2023, advising the Court as to whether a settlement has been reached or if the litigation needs to continue.

Dated: June 7, 2023

| CLEAR COUSNEL LAW GROUP | CLYDE & CO LLP |
|---|---|
| */s/ Scott Flinders* | */s/ Dylan Todd* |
| Jared Richards, Esq. | Dylan P. Todd, Esq. |
| Scott Flinders, Esq. | 7251 W. Lake Mead Blvd., Suite 430 |
| 1671 W. Horizon Ridge Pkwy, #200 | Las Vegas NV  89128 |
| Henderson 89012 | |
| | Daniel Mann, Esq. |
| *Attorneys for Plaintiff* | James Debartolo, Esq. |
| *Randy Benson* | **GORDON REES SCULLY MANSUKHANI, LLP** |
| | One Battery Park Plaza, 28th Floor |
| | New York, NY 10004 |
| | |
| | *Attorneys for Defendant* |
| | *Harbor Freight Tools USA, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____  6/9/23
UNITED STATES DISTRICT COURT JUDGE

2