1  James D. DeBartolo  (SBN:  155572015)
   jdebartolo@grsm.com
2  Gordon Rees Scully Mansukhani, LLP
   1 Battery Park Plaza, 28th Floor
3  New York, NY 10004
   Telephone:  (212) 453-0757
4  Facsimile:  (212) 269-5505

5  Attorneys For:  Defendants
   HARBOR FREIGHT TOOLS USA, INC
6

7

8                  **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10 | RANDY BENSON, an individual; | CASE NO.:  2:21-cv-01091-JAD-VCF |

11 |                              | **STIPULATION AND ORDER OF** |
   |            Plaintiff,        | **DISMISSAL WITH PREJUDICE** |
12

13 |                              |                              |
     vs.
14

15 | HARBOR FREIGHT TOOLS USA, INC., a | ECF No. 46 |
     Foreign Corporation; DOE EMPLOYEES I
16   through X; DOE DESIGNERS I through X,
     inclusive; DOE MANUFACTURERS I through
17   X, inclusive; DOE DISTRIBUTORS I through X,
     inclusive; DOE SELLERS I through X, inclusive;
18   DOES I through X, inclusive; and ROE LEGAL
     ENTITIES I through X, inclusive,
19

20                  Defendants.

21
        IT IS HEREBY STIPULATED by and between Plaintiff, Randy Benson and Defendant,
22
   Harbor Freight Tools USA, Inc., through their counsel of record, hereby stipulate and agree as
23
   follows:
24
        **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH
25
   PREJUDICE, with each party bearing its own fees and costs.
26

27

28

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

- 1 -

Dated:  January 10, 2024

CLEAR COUNSEL LAW GROUP


By: /s/ Scott Flinders
Jared Richards, Esq.
Scott Flinders, Esq.
1671 W. Horizon Ridge Pkwy, #200
Henderson 89012

*Attorneys for Plaintiffs*

Dated:  January 10, 2024

GORDON REES SCULLY MANSUKHANI
LLP


By: /s/ James D. DeBartolo
James D. DeBartolo  (SBN:  155572015)
*Admitted Pro Hac Vice*
jdebartolo@grsm.com
Gordon Rees Scully Mansukhani, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone:  (212) 453-0757
Facsimile:  (212) 269-5505

*Attorneys for Defendant*
*Harbor Freight*


## ORDER


Based on the parties' stipulation [ECF No. 46] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  **The status hearing scheduled for 1/16/2024 at 01:30 p.m. is VACATED**, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 10, 2024

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128